FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE COOPER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondent. | No. CV 07-816-SGL (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied without prejudice for failure to exhaust state remedies.

DATED: 1-16-08

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE